UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Trina Young<br><br><br>Debtor(s) | BK No.: 12-34062<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

## ORDER DETERMING VALUE OF COLLATERAL

This cause coming before the Court on the Debtors' Motion to Determine Valuation of Collateral, all parties having been given notice thereof, and the Court being duly advised, IT IS HERBY ORDERED BY THE COURT THAT:

1. That a first mortgage lien is held by PFG Mortgage Trust II on the property located at 15300 Evers, Dolton, IL 60419, PIN # 29-10-424-012-0000, in the secured amount of $165,842.00.

2. City National Bank holds a second mortgage lien on the property located at 15300 Evers, Dolton, IL 60419, PIN # 29-10-424-012-0000, with a reported balance of $3990.00.

3. The Debtor's real estate located at 5300 Evers, Dolton, IL 60419, PIN # 29-10-424-012-0000 is valued at $38,000.00.

4. That City National Bank's claim has no collateral value.

5. City National Bank shall retain its junior lien on Debtor's real property until the earlier of: a) the payment of the underlying debt determined under non-bankruptcy law; or b) discharge under §1328.

6. The City National Bank lien shall be paid under the Plan as a general unsecured claim pursuant to 11 U.S.C. §506(a).

Enter:

*Jacqueline P. Cox*
*J. Cox*
United States Bankruptcy Judge

Dated: 12-17-12

**Prepared by:**
Martin A. Lear #6295187
The Law Offices of Ernesto D. Borges, Jr., P.C.
105 W. Madison
Suite 2300
Chicago, Il. 60602

Rev: 20120501_bko